UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                         CASE NO. 05-cr-0019 CMK

        vs.                                         ORDER TO PAY

    FRANK J. RHINEHART_____


YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

| | | |
|---|---|---|
| Count I | Fine: $200.00 | Assessment: $10.00 |
| Count II | Dismissed | |
| Count III | Fine: $300.00 | Assessment: $10.00 |

(X)    FINE TOTAL OF $500.00 and a penalty assessment of $20.00 in payments of $100.00 per month commencing May 1, 2006, and due on the first day of each month until paid in full.

( )    RESTITUTION OF $_____.

(X)    PROBATION to be unsupervised for a period of one year.  As a special term and condition of probation, Defendant is precluded from gathering fuel wood on National Forest Lands.  The USFS shall return Defendant's chainsaw on or before April 1, 2006.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to Clerk, USDC, 501 I Street, Sacramento, CA 95814.

Your check or money order must indicate your <u>name</u> and <u>case number</u>.


Dated: March 21, 2006                                     /s/ Craig M. Kellison_____
                                                                                 Craig M. Kellison
                                                                                 U.S. Magistrate Judge